Law Offices of
**MICHAEL W. CARMEL, LTD.**
80 East Columbus Avenue
Phoenix, Arizona 85012-2334
Telephone: (602) 264-4965
Arizona State Bar No. 007356
Facsimile: (602) 277-0144
E-mail: Michael@mcarmellaw.com

Proposed Attorney for Debtors

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>DESERT RIBS LLC,<br><br>Debtor. | Chapter 11 Proceedings<br><br>Case No. 2:19-bk-4003-BKM |
| In re:<br><br>FAMOUS CHARLIE LLC,<br><br>Debtor. | Case No. 2:19-bk-4004-BKM |
| In re:<br><br>FAMOUS FREDDIE LLC,<br><br>Debtor. | Case No. 2:19-bk-4006-PS |
| In re:<br><br>FAMOUS GEORGE LLC,<br><br>Debtor. | Case No. 2:19-bk-4009-BMW |
| In re:<br><br>FAMOUS GRACIE LLC,<br><br>Debtor. | Case No. 2:19-bk-4010-EPB<br><br>(Jointly Administration Proposed)<br><br>**DEBTORS' MOTION FOR JOINT ADMINISTRATION** |

DESERT RIBS LLC ("**Desert Ribs**"); FAMOUS CHARLIE LLC ("**Famous Charlie**"); FAMOUS FREDDIE LLC ("**Famous Freddie**"); FAMOUS GEORGE LLC ("**Famous**

**George**"); and FAMOUS GRACIE LLC ("**Famous Gracie**"), Debtors and Debtors-in-Possession (collectively, the "**Debtors**"), through counsel, hereby request entry of an Order pursuant to Federal Rule of Bankruptcy Procedure 1015(b) and Rule 1015-1 of the Local Rules of the United States Bankruptcy Court for the District of Arizona, directing that the Debtors' Chapter 11 cases be jointly administered.

**Background**

1. On April 5, 2019, Desert Ribs filed a Voluntary Petition for relief under Chapter 11 of the United States Bankruptcy Code.

2. On April 5, 2019, Famous Charlie filed a Voluntary Petition for relief under Chapter 11 of the United States Bankruptcy Code.

3. On April 5, 2019, Famous Freddie filed a Voluntary Petition for relief under Chapter 11 of the United States Bankruptcy Code.

4. On April 5, 2019, Famous George filed a Voluntary Petition for relief under Chapter 11 of the United States Bankruptcy Code.

5. On April 5, 2019, Famous Gracie filed a Voluntary Petition for relief under Chapter 11 of the United States Bankruptcy Code.

6. Each of the Debtors is a debtor-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.

7. No trustee, examiner, or official committee has been appointed in any of the cases.

8. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). Venue is proper in this Court under U.S.C. §§ 1408 and 1409. The statutory predicates for the relief requested herein are Sections 105 of the Bankruptcy Code and Fed. R. Bankr. P. 1015(b).

9. Each of the Debtors are limited liability companies formed under the statutes of the State of Delaware.

10. Desert Ribs is the 100% sole member of Famous Charlie, Famous Freddie, Famous George, and Famous Gracie.

**<u>Relief Requested</u>**

11. This Motion has been filed in the lowest numbered case, with a copy sent to the Bankruptcy Judge in each of the other four (4) cases. By this Motion, the Debtors seek an order of the Court establishing the joint administration for procedural purposes of these affiliated cases.

12. The joint administration of the cases will prevent the imposition of unnecessary costs and the duplication of proceedings before the Court. It is appropriate and necessary to save Court time, attorney time, and attendant costs of multiple matters in each case that the Debtors' cases be treated as a single case solely for administrative purposes pursuant to Fed. R. Bankr. P. 1015(b).

13. The Debtors respectfully submit that the joint administration of these cases would be practical, expedient, less costly, and less time-consuming for the Debtors, the Court, and all parties-in-interest. The Debtors envision that most, if not all, of the motions, applications, hearings, and orders in these cases will affect each of the Debtors. Consequently, joint administration would facilitate the economic administration of these cases.

14. The Debtors propose to use the caption below for the jointly administered cases.

| In re: | Chapter 11 Proceedings |
|---|---|
| DESERT RIBS LLC<br>FAMOUS CHARLIE LLC<br>FAMOUS FREDDIE LLC<br>FAMOUS GEORGE LLC<br>FAMOUS GRACIE LLC<br><br>    Debtors. | Case No. 2:19-bk-4003-BKM<br>Case No. 2:19-bk-4004-BKM<br>Case No. 2:19-bk-4006-BKM<br>Case No. 2:19-bk-4009-BKM<br>Case No. 2:19-bk-4010-BKM<br><br>(Jointly Administered) |

3

Case 2:19-bk-04003-BKM    Doc 3    Filed 04/05/19    Entered 04/05/19 13:49:26    Desc
Main Document    Page 3 of 4

Once jointly administered, the Debtors propose that all pleadings be filed in the lowest-numbered case, except for proofs of claim and interest which should be filed in the case to which proofs are related.

WHEREFORE, for the reasons set forth above, the Debtors respectfully request entry of an Order authorizing the joint administration of the affiliated Debtors' cases, and for such other relief as is just in the circumstances.

DATED this 5th day of April, 2019.

MICHAEL W. CARMEL, LTD.

/s/*Carmel, M.W.* (007356)
Michael W. Carmel
80 East Columbus Avenue
Phoenix, Arizona 85012-2334
Proposed Attorney for Debtors

COPY of the foregoing emailed
this 5th day of April, 2019 to:

Elizabeth Amorosi, Esq.
Office of the U.S. Trustee
230 N. First Avenue
Phoenix, AZ 85003

By *Sharon D. Kirby*

4